PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO. 2:26-00081-EJY

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Superseding Indictment / Information  ☐ Charges/Counts Added

USA vs.
Defendant: ORI SALOMON

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA    Divisional Office

Address:

Name and Office of Person Furnishing Information on THIS FORM: Clay A. Plummer
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): Clay A. Plummer

☐ Interpreter Required   Dialect: ____

Birth Date ____   ☒ Male  ☐ Female   ☐ Alien (if applicable)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI Special Agent Hannah Janousek

Social Security Number ____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

## DEFENDANT

Issue:  ☒ Warrant   ☐ Summons

Location Status:
Arrest Date ____ or Date Transferred to Federal Custody ____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ Currently in Federal Custody
☒ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): ____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

Place of offense: Nevada    County: Clark

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(5)(B) | Prohibited Person in Possession of a Firearm | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |