TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
 (702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-00081-EJY |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| ORI SALOMON | |
| Defendant. | |

The United States of America hereby notifies the Court that DANIEL J. COWHIG, Assistant United States Attorney, has been assigned as counsel in the above captioned case.

Dated February 10, 2026

                                                Respectfully Submitted,

                                                  /s/ Todd Blanche
                                                TODD BLANCHE
                                                Deputy Attorney General

                                                */s/ Daniel Cowhig*
                                                DANIEL J. COWHIG
                                                Assistant United States Attorney