# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

ORI SALOMON,
  aka "Ori Solomon,"

      Defendant.

Case No. 2:26-mj-00081-EJY

**[Proposed] Order Granting
Motion to Dismiss the Complaint
Without Prejudice**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the complaint against Defendant Ori Salomon.

TODD BLANCHE
Acting Attorney General

*/s/ Clay A. Plummer*
CLAY A. PLUMMER
Special Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this 11th day of May, 2026.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3