ORDR
CHARLES R. GOODWIN, ESQ.
LAS VEGAS DEFENSE GROUP, LLC.
6655 W. Sahara Ave., Ste. C216
Las Vegas, NV 89146
PH: (702) 333-3673
FAX: (702) 974-0524
*Charles@702Defense.com*
Attorneys for Defendant
ORI SOLOMON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>ORI SOLOMON,<br><br>DEFENDANT. | CASE NO. 2:26-MJ-00081-EJY<br><br><br>~~PROPOSED~~ ORDER TO RETURN THE DEFENDANT'S SURRENDERED PASSPORT |

**~~PROPOSED~~ ORDER TO RETURN THE DEFENDANT'S SURRENDERED PASSPORT**

Mr. Ori Solomon, through the undersigned counsel, Charles R. Goodwin, Esq., submitted the DEFENDANT'S MOTION FOR THE RETURN OF HIS SURRENDERED PASSPORT, and good cause having been shown:

It Is Hereby Ordered that the DEFENDANT'S MOTION FOR THE RETURN OF HIS SURRENDERED PASSPORT (ECF No. 18) is granted, and that the United States Probation

/ / /

/ / /

/ / /

4

Department for the District Of Nevada, or any other agency holding Mr. Ori Solomon's passport, return it to him forthwith.

Dated This 19th Day of May 2026.

BY _____
**UNITED STATES MAGISTRATE JUDGE**

Prepared and Submitted By:
LAS VEGAS DEFENSE GROUP, LLC.

BY /s/ *Charles R. Goodwin, Esq.*
CHARLES R. GOODWIN, ESQ.

5